IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY HAUDER,<br><br>              Plaintiff,<br><br>vs.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION, LINDA MCMAHON, Administrator of the Small Business Administration, in her individual capacity; and UNKNOWN EMPLOYEES OF THE SMALL BUSINESS ADMINISTRATION,<br><br>              Defendants. | **8:17CV492**<br><br>**ORDER** |

Joint Stipulation for Dismissal as to SBA Administrator, Linda McMahon (Filing No. 88) is granted. Defendant Linda McMahon, in her individual capacity, is dismissed with prejudice with each party in this action to bear its own costs.

Dated this 10th day of April, 2019.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge