# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY HAUDER,<br><br>   Plaintiff,<br><br> vs.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION, UNKNOWN EMPLOYEES OF THE SMALL BUSINESS ADMINISTRATION, DAVID MCNEW, and DEBRA MCNEW,<br><br>   Defendants. | 8:17CV492<br><br>ORDER |

This matter is before the Court following a telephone conference held with counsel for the parties on May 28, 2019. In accordance with the discussion held with counsel,

**IT IS ORDERED:**

1. At this time, discovery is limited to identifying the unknown employees of the Small Business Administration. Such discovery shall be completed by **July 1, 2019**.

2. Plaintiff is given leave to file a third amended complaint adding any identified employees as defendants by **August 2, 2019**. Plaintiff shall serve the additional defendants by **September 6, 2019**.

3. Defendants shall file an answer or other responsive pleading to the third amended complaint by **November 1, 2019**.

4. The parties shall file an amended Rule 26(f) Report within 14-days after the last defendant files an answer, or within 14-days after the Court rules on any motion to dismiss.

Dated this 28th day of May, 2019.

                 BY THE COURT:

                 s/ Michael D. Nelson
                 United States Magistrate Judge