IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TIMOTHY HAUDER, | ) | CASE NO. 8:17CV492 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT IN A CIVIL ACTION AGAINST DAVID MCNEW ONLY |
| DAVID MCNEW | ) | |
| ET AL. | ) | |
| Defendants. | ) | |

This action was decided by Judge Joseph Bataillon on a Motion for Default Judgment, Filing No. 154, filed by plaintiff Timothy Hauder.

The Court, being fully advised in the premises, hereby orders that the plaintiff Timothy Hauder recover from the defendant David McNew the amount of one hundred seventy nine thousand two hundred ninety seven dollars and six cents, ($179,297.06), collection expenses in the amount of two thousand five hundred thirty dollars and thirty four cents, ($2,530.34) and interest from the date of judgment in the amount of twenty three dollars and seventy seven cents ($23.77) per day, along with costs.

It is so ordered this 11th day of October, 2019.

_____
Joseph F. Bataillon
Senior United States District Judge