IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY HAUDER,<br><br>              Plaintiff,<br>  vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, JULIA YOUNGS, MARY JANE OEHLSCHAEGER, BARBARA JUNG, MICHELLE SERRANO, RAY KULINA, GREGORY BROOKS, TIMOTHY SABATINI, EMPLOYEES OF THE SMALL BUSINESS ADMINISTRATION in their individual capacities,<br><br>AND<br><br>DAVID MCNEW,<br><br>              Defendants. | 8:17-CV-492<br><br>ORDER |

      This matter comes before the Court for consideration upon the Motion and Stipulation of the parties that the Federal Defendants United States Small Business Administration, Julia Youngs, Mary Jane Oehlschaeger, Barbara Jung, Michelle Serrano, Ray Kulina, Gregory Brooks, and Timothy Sabatini, be dismissed with prejudice from the lawsuit. Filing No. 171. The Court, being fully advised in the premises, finds that such an order should issue. Each party shall bear their own attorney costs and fees.

      IT IS THEREFORE ORDERED, that this case is dismissed with prejudice with respect to Federal Defendants United States Small Business Administration, Julia

Youngs, Mary Jane Oehlschaeger, Barbara Jung, Michelle Serrano, Ray Kulina, Gregory Brooks, and Timothy Sabatini.

DATED this 24th day of July, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge